# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** June 16, 2022

**CASE OF:** IN RE: AMENDMENTS TO FLORIDA RULE OF
CRIMINAL PROCEDURE 3.992

**DOCKET NO.:** SC21-891

**OPINION FILED:** March 24, 2022

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

In Appendix A, on pages 6-7, under Rule 3.992(a) Criminal Punishment Code Scoresheet, item IV:  The margins have been adjusted so that the blank lines at the end of the nine sets of blank lines appear on the right margin after the "equal" (=) signs instead of running over onto the following lines and appearing on the left margin.

On page 7, also in Rule 3.992(a), in the space below item VIII, the formatting has been adjusted so that the blank line appears to the right of the words "Subtotal Sentence Points" along the right margin instead of on the left margin.

On page 9, in Rule 3.992(b) Supplemental Criminal Punishment Code Scoresheet, in the section headed "IV. Prior Record" the margins have been adjusted so that the six blank lines that follow each "equal" (=) sign appear entirely on the right margin instead of partly running over onto the following line and appearing on the left margin.

**SIGNED:  OPINION CLERK**